UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

KARLA LICONA-PINEDA,

          Plaintiff,

vs.

VOLODIMIR I. SELIVANOV, WORLD CLASS TRANSPORTATION LLC, RESELING RESOLUTIONS INS., JOHN DOES #1-10, fictitious names, and XYZ CORPS #1-10, fictitious entities,

          Defendants

Case No.:   2:18cv2216 (CCC-CLW)

**STIPULATION OF PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN the undersigned counsel of record for the parties herein who have appeared herein that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action, that all claims asserted herein against defendant RESELING RESOLUTIONS INS. **only**, shall be and the same hereby are voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41(a)(A)(ii) without prejudice, without costs to any party as against another.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be filed by any party with the Clerk of the Court without further notice, **that photocopied/facsimile signatures hereon shall be deemed as valid and binding as originals thereof,** and this Stipulation may be executed in counterpart with each signed part to constitute a part of a single unified instrument.

Dated: June 22, 2018

ALONSO & NAVARRETE, L.L.C.
By: _____
Christina A. Vergara, Esq.
Attorneys for Plaintiff
KARLA LICONA-PINEDA,
6121 Kennedy Boulevard
North Bergen, NJ 07047
(201) 295-9977
cvergara@anlawyers.com

Dated: June 21, 2018

THE CHARTWELL LAW OFFICES, LLP
By: _____
William H. Grae, Esq.
Attorneys for Defendants
VOLODIMIR I. SELIVANOV and WORLD CLASS TRANSPORTATION
One Battery Park Plaza, 35th Floor
New York, NY 10004
(212) 968-2300
(212) 968-2400 (Facsimile)
WGrae@chartwelllaw.com